IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-02918-PAB-BNB | Date: June 6, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| SONYA BOLERJACK | *Benjamin M. Lopatin* |
| **Plaintiff(s)** | |
| **v.** | |
| PEPPERIDGE FARM, INC | *Daniel D. Williams* |
| **Defendant(s)** | |

---

### COURTROOM MINUTES

---

**MOTIONS HEARING**

Court in Session:  1:29 p.m.

Appearance of counsel.

Argument presented on [34] Pepperidge Farm Incorporated's Unopposed Motion for Protective Order.

**ORDERED:   [34] Pepperidge Farm Incorporated's Unopposed Motion for Protective Order is GRANTED.  Defendant has 60 days from approval of protocol to produce documents. Discovery deadline for the plaintiff will not be extended.**

Argument presented on [35/38] Defendant Pepperidge Farm, Incorporated's Motion to Compel Responses to Discovery.

For reasons stated on the record, it is

**ORDERED:   [35/38] Defendant Pepperidge Farm, Incorporated's Motion to Compel Responses to Discovery is GRANTED IN PART and DENIED IN PART. DENIED with respect to interrogatory number one, GRANTED as to interrogatories numbers two, three, and five.**

**Plaintiff and counsel is to certify their thorough search of documents request by the defense.**

**Supplemental discovery response, release, and certification to be submitted on or before June 24, 2013.**

Court in Recess: 1:56 p.m.     Hearing concluded.     Total time in Court: 00:27