IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02918-PAB-BNB

SONYA BOLERJACK, as an individual, and on behalf of all others similarly situated,

Plaintiff,

v.

PEPPERIDGE FARM, INC., a Connecticut corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Unopposed Motion to Withdraw Motion for Protective Order and Motion to Quash Subpoena Duces Tecum Issued to Rachel Goodman Without Prejudice** [docket no. 58, filed June 20, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the hearing set for June 24, 2013, is **VACATED**.

      IT IS FURTHER ORDERED THAT the **Plaintiff's Motion for Protective Order and Motion to Quash Subpoena Duces Tecum Issued to Rachel Goodman** [51] is DENIED AS WITHDRAWN.

DATED: June 20, 2013