IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02918-PAB-BNB

SONYA BOLERJACK, as an individual, and on behalf of all others similarly situated,

Plaintiff,

v.

PEPPERIDGE FARM, INC., a Connecticut corporation,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Appear Telephonically** [docket no. 70, filed July 30, 2013] (the "Motion").

IT IS ORDERED that the Motion is DENIED.  All counsel MUST appear IN PERSON for the hearing on **Plaintiff's Motion for Leave to Modify Scheduling Order to File First Amended Complaint** [ 66] set for **August 26, 2013, at 11:00 a.m., Mountain Daylight Time**.

DATED:  August 1, 2013