IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-02918-PAB-BNB | Date: August 23, 2013 | |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 | |

| *Parties* | *Attorney(s)* |
|---|---|
| SONYA BOLERJACK **Plaintiff(s)** | *Howard W. Rubinstein* |
| v. | |
| PEPPERIDGE FARM, INC **Defendant(s)** | *Daniel D. Williams* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 2:54 p.m.

Appearance of counsel.

Argument presented on [66] Motion for Leave to Modify Scheduling Order to File First Amended Complaint.

**ORDERED:** [66] **Motion for Leave to Modify Scheduling Order to File First Amended Complaint is TAKEN UNDER ADVISEMENT.**

Discussion held on and [72] Joint Stipulated Motion for Modification of Scheduling Order.

**ORDERED:** [72] **Joint Stipulated Motion for Modification of Scheduling Order is GRANTED. Remaining deadlines are extended by 75 days, as indicated on the record.**

Discussion held on [77] Motion to Dismiss.

Court in Recess: 3:25 p.m.    Hearing concluded.    Total time in Court: 00:31

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119