IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02918-PAB-BNB
(Consolidated with Civil Action Nos. 13-cv-02607-PAB-BNB and 13-cv-02866-PAB-BNB)

---

Civil Action No. 12-cv-02918-PAB-BNB

SONYA BOLERJACK, as an individual, and on behalf of all others similarly situated,

Plaintiff,

v.

PEPPERIDGE FARM, INC., a Connecticut corporation,

Defendants.

---

Civil Action No. 13-cv-02607-PAB-BNB

GARETT KOEHLER,

Plaintiff,

v.

PEPPERIDGE FARM, INC.,

Defendant,

---

Civil Action No. 13-cv-02866-PAB-BNB

LISA LEO,

Plaintiff,

v.

PEPPERIDGE FARM, INC.,

Defendant.

---

**ORDER**

---

This matter arises on **Plaintiff's Motion for Leave to Modify Scheduling Order to File First Amended Complaint** [Doc. # 66, filed 7/26/2013] (the "Motion to Amend"). Subsequently, actions pending in other courts have been transferred here and consolidated, and I have ordered a supplemental scheduling conference for the purpose of entering a consolidated schedule. In view of these developments and good cause existing,

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 66] is GRANTED; and

(2) The Clerk of the Court shall accept for filing the First Amended Class Action Complaint [Doc. # 66-2].

Dated November 4, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge