IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: December 6, 2013 | Alfred A. Arraj United States Courthouse |

Civil Action No. 12-cv-02918-PAB-BNB

*Parties*:                                           *Counsel*:

SONYA BOLERJACK,                    Howard Rubinstein
                                                         Benjamin Lopatin (by phone)
　　　Plaintiff,

v.

PEPPERIDGE FARM, INC.,          Daniel Williams
                                                         Steve Toeniskoetter
　　　Defendant.                             Sarah Brew (by phone)

Civil Action No. 13-cv-02607-PAB-BNB

GARETT KOEHLER,                      Benjamin Lopatin (by phone)

　　　Plaintiff,

v.

PEPPERIDGE FARM, INC.,          Daniel Williams
                                                         Steve Toeniskoetter
　　　Defendant.                             Sarah Brew (by phone)

Civil Action No. 13-cv-02866-PAB-BNB

LISA LEO,                                         Joshua Eggnatz (by phone)

　　　Plaintiff,

v.

| | |
|---|---|
| PEPPERIDGE FARM, INC., | Daniel Williams |
| | Steve Toeniskoetter |
| Defendant. | Sarah Brew (by phone) |

## COURTROOM MINUTES

**HEARING: MOTIONS HEARING/ RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 9:41 a.m.**
Court calls case. Appearance of counsel.

Argument by Mr. Williams and Mr. Rubinstein as to Defendant's Motion to Stay Discovery and Other Case Deadlines Pending Administrative Determination #[93].

**ORDERED:** The Court takes Defendant's Motion to Stay Discovery and Other Case Deadlines Pending Administrative Determination #[93] UNDER ADVISEMENT.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **January 3, 2014.**

Discovery Cut-off: **June 30, 2014.**

Dispositive Motions Deadline: **July 31, 2014.**

Deadline to file Motion for Class Certification: **March 3, 2014.**

Plaintiff shall designate class experts **on or before March 3, 2014.**

PFI shall designate class experts **on or before March 27, 2014.**

Parties shall designate merit experts **on or before April 30, 2014.**

Parties shall designate merits rebuttal experts **on or before May 30, 2014.**

Plaintiff shall be limited to **ten (10)** depositions, absent further leave of court.

**FINAL PRETRIAL CONFERENCE** is set for **September 30, 2014 at 9:00 a.m.**
before Magistrate Judge Boyd N. Boland. Final Pretrial Order is due **no later than September 23, 2014** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission). In accordance

with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**   A **Trial  Preparation Conference and Trial** will be set at a future date for The Honorable Philip A. Brimmer.
The parties anticipate a  day trial to a jury.

HEARING CONCLUDED.
**Court in recess:     10:43 a.m.**
Total In-Court Time:     01:02

To order a transcript of this proceeding, contact Avery Woods Reporting at (303)825-6119.